**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Lynn Bible, | No. CV 98-1859-PHX-PGR |
| Petitioner, | <u>DEATH PENALTY</u> |
| vs. | **ORDER** |
| Dora B. Schriro, et al., | |
| Respondents. | |

John Hannah, Petitioner's lead counsel, has filed a motion to withdraw and the appointment of substitute counsel based upon his appointment to the Maricopa County Superior Court. Mr. Hannah advised that his last day to practice law with his firm was October 28, 2005.

The Court will grant Mr. Hannah's request to withdraw based on his appointment to the Maricopa County Superior Court. Any further billings submitted by Mr. Hannah remains subject to the Court's previous orders. The Court will appoint Daniel Maynard of the firm, Maynard, Cronin, Erickson, Curran & Sparks, as substitute lead counsel effective immediately, subject to the terms set forth in its separate *Ex Parte* Cost Management Order of the same date.

Accordingly,

**IT IS ORDERED** that the motion of Petitioner's lead counsel, John Hannah, to withdraw and for appointment of substitute lead counsel is **GRANTED**. (Dkt. 101.)

1   **IT IS FURTHER ORDERED** appointing Daniel Maynard, 3200 N. Central Avenue,
2   Suite 1800, Phoenix, Arizona 85012-2443, (602) 279-8500, as substitute lead counsel for
3   Petitioner in his federal habeas corpus proceedings.
4   **IT IS FURTHER ORDERED** that the Clerk of Court forward a copy of this Order
5   *only* to Petitioner's counsel, the CJA Voucher Review Analyst, the Capital Case Staff
6   Attorney, and Petitioner Richard Bible, ADC # 43353, SMU II, P.O. Box 3400, Florence, AZ
7   85232.
8   DATED this 22nd day of November, 2005.

Paul G. Rosenblatt
United States District Judge