**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Lynn Bible, | No. CV-98-1859-PHX-PGR |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| Dora Schriro, et al., | **ORDER** |
| Respondents. | |

Before the Court is Petitioner's motion seeking a 30-day extension of the deadline for filing a motion to reconsider the Court's order denying his habeas petition. (Dkt. 108.) A motion under Rule 59(b) or (e) must be filed "no later than 10 days after entry of the judgment." Fed.R.Civ.P. 59. Pursuant to Federal Rule of Civil Procedure 6(b), a district court "may not extend the time for taking any action under Rules . . . 59(b), (d), and (e) . . . except to the extent and under the conditions stated in them." *See Tillman v. Association of Apartment Owners of Ewa Apartments*, 234 F.3d 1087 (9th Cir. 2000). Rule 59 contains no exceptions to the ten-day filing deadline.

Accordingly,

/ / /

/ / /

1 | **IT IS HEREBY ORDERED denying** Petitioner's motion.  (Dkt. 108.)

2 | DATED this 2nd day of August, 2007.

_____
Paul G. Rosenblatt
United States District Judge

2